09:02AM

1

2                        UNITED STATES DISTRICT COURT

3                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                             SAN JOSE DIVISION

5

6     IN RE TELESCOPES ANTITRUST
      LITIGATION                          CASE NO.  CV-20-03639 EJD

7     _____    SAN JOSE, CALIFORNIA
      THIS DOCUMENT RELATES TO:
8     ALL INDIRECT PURCHASER ACTIONS      OCTOBER 31, 2024

9                                         PAGES 1 - 27

10

11                        TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE EDWARD J. DAVILA
                      UNITED STATES DISTRICT JUDGE
12

13    A-P-P-E-A-R-A-N-C-E-S

14    FOR THE PLAINTIFFS:   COTCHETT PITRE & MCCARTHY LLP
                            BY:  ADAM J. ZAPALA
15                          840 MALCOLM ROAD, SUITE 200
                            BURLINGAME, CALIFORNIA 94010

16

17    FOR THE DEFENDANT     FROST LLP
      TELEPHONICALLY:       BY:  CHRISTOPHER L. FROST
18                          10960 WILSHIRE BOULEVARD, SUITE 2100
                            LOS ANGELES, CALIFORNIA 90024

19                          FROST LLP
                            BY:  JOSHUA STAMBAUGH
20                          10960 WILSHIRE BOULEVARD, SUITE 2100
                            LOS ANGELES, CALIFORNIA 90024

21

22              (APPEARANCES CONTINUED ON THE NEXT PAGE.)

23    OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                  CERTIFICATE NUMBER 8074

24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
      TRANSCRIPT PRODUCED WITH COMPUTER.

1

A P P E A R A N C E S:  (CONT'D)

2

ALSO PRESENT:              BRAUNHAGEY & BORDEN LLP
3                          BY:  MATTHEW B. BORDEN
                           747 FRONT STREET, 4TH FLOOR
4                          SAN FRANCISCO, CALIFORNIA 94111

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                          OCTOBER 31, 2024 |
| 2 | |
| | P R O C E E D I N G S |
| 3 | |
| 09:19AM 4 | (COURT CONVENED AT 9:19 A.M.) |
| 09:19AM 5 | THE COURT:  THANK YOU.  PLEASE BE SEATED.  LET'S |
| 09:19AM 6 | CALL OUR MORNING MATTER, OUR 9:00 O'CLOCK MATTER.  IT'S NOW, |
| 09:19AM 7 | THE RECORD SHOULD REFLECT, IT'S 9:20 PACIFIC STANDARD TIME. |
| 09:19AM 8 | LET'S CALL 20-3639, HIGHTOWER VERSUS CELESTRON. |
| 09:20AM 9 | MAY I HAVE THE APPEARANCE OF THE PARTIES, PLEASE. |
| 09:20AM 10 | MR. ZAPALA:  THANK YOU, YOUR HONOR. |
| 09:20AM 11 | MAY I APPROACH? |
| 09:20AM 12 | THE COURT:  YES. |
| 09:20AM 13 | MR. ZAPALA:  GOOD MORNING, YOUR HONOR. |
| 09:20AM 14 | ADAM ZAPALA FROM COTCHETT PITRE & MCCARTHY FOR THE |
| 09:20AM 15 | INDIRECT PURCHASER PLAINTIFFS. |
| 09:20AM 16 | THE COURT:  THANK YOU.  GOOD MORNING. |
| 09:20AM 17 | MR. ZAPALA:  GOOD MORNING. |
| 09:20AM 18 | THE COURT:  AND I SEE THE DEFENDANT'S CHAIR EMPTY. |
| 09:20AM 19 | IS ANYONE HERE FOR DEFENDANT? |
| 09:20AM 20 | MR. FROST:  THANK YOU, YOUR HONOR.  GOOD MORNING. |
| 09:20AM 21 | THIS IS CHRISTOPHER FROST OF FROST LLP ON BEHALF OF THE |
| 09:20AM 22 | DEFENDANTS.  MY SINCERE APOLOGIES THAT WE HAVE TO APPEAR BY |
| 09:20AM 23 | TELEPHONE TODAY. |
| 09:20AM 24 | THE COURT:  THANK YOU, MR. FROST.  THANK YOU FOR |
| 09:20AM 25 | JOINING. |

09:20AM  1          I THINK YOUR ASSOCIATE, JOSHUA STAMBAUGH, WAS ASSIGNED TO

09:20AM  2   APPEAR.  WE RECEIVED A MESSAGE JUST BEFORE 9:00 O'CLOCK,

09:20AM  3   SOMETHING ABOUT A FLIGHT DELAY, AND THEN IN A SUBSEQUENT

09:20AM  4   REQUEST, THAT IN MR. STAMBAUGH'S OPINION THE MATTER MIGHT BE

09:20AM  5   RESOLVED BY US PASSING THE MATTER AND CALLING IT LAST ON OUR

09:20AM  6   CALENDAR.

09:20AM  7          I REALLY APPRECIATE HIS DESIRE TO HELP ME MANAGE MY

09:20AM  8   CALENDAR, BUT I WOULD PREFER TO CALL THE MATTER NOW IF THAT'S

09:21AM  9   ALL RIGHT WITH YOU, SIR, AND MR. STAMBAUGH?

09:21AM 10          MR. FROST:  YES, OF COURSE.  WE APPRECIATE YOUR

09:21AM 11   INDULGENCE.  MY APOLOGIES AGAIN.

09:21AM 12          THE COURT:  WELL, THANK YOU.  LET'S GET TO THE

09:21AM 13   BUSINESS AT HAND.  THIS IS A MOTION FOR PRELIMINARY APPROVAL OF

09:21AM 14   SETTLEMENT, AND I DID RECEIVE THE DOCUMENTS REGARDING

09:21AM 15   SETTLEMENT.

09:21AM 16          LET ME, LET ME TURN THEN TO MR. ZAPALA.  WHY SHOULD THE

09:21AM 17   COURT GRANT PRELIMINARY APPROVAL HERE?

09:21AM 18          MR. ZAPALA:  THANK YOU, YOUR HONOR.

09:21AM 19          ADAM ZAPALA AGAIN FOR THE INDIRECT PURCHASER PLAINTIFFS.

09:21AM 20          WE'RE PLEASED TO PRESENT THIS SETTLEMENT.  WE THINK IT'S

09:21AM 21   AN EXCELLENT RESULT FOR THE INDIRECT PURCHASER CLASS.

09:21AM 22          THIS SETTLEMENT INCLUDES $32 MILLION IN REMUNERATION FOR

09:21AM 23   CLASS MEMBERS, WHICH WE BELIEVE IS AN EXCELLENT RECOVERY BOTH

09:21AM 24   IN LIGHT OF THE FACTS AND CIRCUMSTANCES OF THIS CASE BUT ALSO

09:21AM 25   OBVIOUSLY THE EXPERIENCE OF EXPERIENCED CLASS COUNSEL IN

09:21AM 1    ANTITRUST CASES.

09:22AM 2          THE FIRST THING I WILL TALK ABOUT IS SORT OF THE

09:22AM 3    PROCEDURAL FAIRNESS OF THE SETTLEMENT AND THE FACTORS THAT

09:22AM 4    COURTS IN THE NINTH CIRCUIT LOOK AT AT PRELIMINARY APPROVAL AND

09:22AM 5    WHAT IS NOW UNDER RULE 23 A MOTION TO DIRECT NOTICE TO THE

09:22AM 6    CLASS.

09:22AM 7          FIRST, THIS WAS NOT A FILE AND SETTLE KIND OF CASE AS IS

09:22AM 8    OBVIOUS FROM THE MANY ENTRIES IN YOUR DOCKET.  THERE'S BEEN

09:22AM 9    EXTENSIVE LITIGATION IN YOUR CASE, EXTENSIVE DISCOVERY, MOTIONS

09:22AM 10   PRACTICE, MOTIONS TO COMPEL.  AND WHAT THAT MEANS IS THAT THE

09:22AM 11   PARTIES WERE FULLY INFORMED ABOUT THE STRENGTHS AND WEAKNESSES

09:22AM 12   OF THE CASE WHEN THEY NEGOTIATED THE SETTLEMENT.  SO THAT'S ONE

09:22AM 13   ISSUE TO LOOK AT IN TERMS OF PROCEDURAL FAIRNESS, THE AMOUNT OF

09:22AM 14   LITIGATION THAT OCCURRED.  AND OBVIOUSLY, I THINK WE PUT IT IN

09:22AM 15   OUR PAPERS, BUT THE INDIRECT PURCHASER PLAINTIFFS EXPENDED IN

09:22AM 16   LODESTAR ABOUT $11 MILLION.  SO IN TERMS OF TIME WORKED ON THE

09:22AM 17   CASE, IT'S BEEN EXTENSIVE.  YOUR HONOR HAS RULED ON A NUMBER OF

09:22AM 18   PLEADING CHALLENGES.

09:22AM 19         IN ADDITION, THE SETTLEMENT PROCESS WAS OVERSEEN BY A

09:23AM 20   NATIONALLY RENOWNED MEDIATOR, A FORMER MAGISTRATE JUDGE OF THE

09:23AM 21   CENTRAL DISTRICT, JUDGE SEGAL, AND THERE WERE PROTRACTED

09:23AM 22   NEGOTIATIONS.

09:23AM 23         THIS WAS, AGAIN, NOT A FILE AND SETTLE SORT OF CASE.

09:23AM 24   THERE WAS AN INITIAL MEDIATION TWO YEARS AGO THAT WAS

09:23AM 25   UNSUCCESSFUL, ANOTHER MEDIATION OCCURRING A YEAR AFTER THAT

09:23AM  1      THAT RESULTED IN A MEDIATOR'S PROPOSAL THAT BOTH SIDES

09:23AM  2      EXPECTED.  SO THE ENTIRE MEDIATION PROCESS HAS BEEN OVERSEEN BY

09:23AM  3      A FORMER FEDERAL JUDGE.

09:23AM  4          AND THEN IN ADDITION TO THAT, IN TERMS OF THE TERMS OF THE

09:23AM  5      SETTLEMENT, THERE'S NO SIGNS OF COLLUSION, THERE'S NO CLEAR

09:23AM  6      SAILING PROVISIONS OR ANYTHING LIKE THAT.  THERE'S NO REVERSION

09:23AM  7      TO THE DEFENDANT.  SO A $32 MILLION DEAL, NONE OF THAT REVERTS

09:23AM  8      TO THE DEFENDANT.

09:23AM  9          SO IN TERMS OF PROCEDURAL FAIRNESS, WE BELIEVE ALL OF THE

09:23AM  10     SIGNS POINT TOWARDS APPROVAL.  THE NEGOTIATIONS WERE ARM'S

09:23AM  11     LENGTH.  AGAIN, THERE WERE 3.9 MILLION DOCUMENTS PRODUCED IN

09:23AM  12     THIS CASE, AND MANY OF THOSE HAVE BEEN REVIEWED AT THE TIME OF

09:23AM  13     SETTLEMENT.

09:23AM  14         IN TERMS OF SUBSTANTIVE FAIRNESS, OF COURSE, AGAIN,

09:24AM  15     32 MILLION IS REAL MONEY.  THIS IS AN INDIRECT PURCHASER CASE.

09:24AM  16     THEY'RE NOTORIOUSLY DIFFICULT AND COMPLEX AND OFTEN RESULTS IN

09:24AM  17     ZERO RECOVERY FOR THE CLASS, EITHER BECAUSE OF CLASS

09:24AM  18     CERTIFICATION DENIAL OR OTHER COMPLEXITIES THAT ARISE IN THE

09:24AM  19     CONTEXT OF COMPLEX LITIGATION.

09:24AM  20         IT'S BEEN CASE LAW FOR -- SORT OF BEDROCK CASE LAW IN THE

09:24AM  21     NINTH CIRCUIT THAT SETTLEMENTS ARE FAVORED IN ANTITRUST CLASS

09:24AM  22     ACTIONS, AND THAT'S WHAT THIS IS.

09:24AM  23         THE VOLUME OF COMMERCE IN THIS CASE HAS BEEN CALCULATED BY

09:24AM  24     OUR EXPERTS AT A LITTLE OVER 600 MILLION.  SO WHAT THAT MEANS

09:24AM  25     IS DURING THE CLASS PERIOD THERE WERE 600 MILLION IN SALES IN

09:24AM 1    TELESCOPES IN THE INDIRECT CASES.  SO IF YOU LOOK AT THE

09:24AM 2    32 MILLION, YOU'RE TALKING ABOUT A 5 PERCENT OVERCHARGE, AND

09:24AM 3    THAT COMES OUT TO 32 MILLION, WHICH IS EXACTLY WHAT THE

09:24AM 4    RECOVERY IS.

09:24AM 5        SO, AGAIN, IN TERMS OF THE AMOUNT OF MONEY GOING TO THE

09:24AM 6    CLASS, WE THINK IT'S MORE THAN FAIR AND ADEQUATE.  AND AGAIN,

09:24AM 7    IT'S SUPPORTED BY SOPHISTICATED COUNSEL.  THESE ARE THE ONLY

09:24AM 8    KIND OF CASES THAT I DO.  I KNOW THAT'S TRUE OF MY COLLEAGUES

09:25AM 9    AS WELL, MS. SRINIVASAN FROM SUSMAN GODFREY AND MS. CHAN FROM

09:25AM 10   LIEFF, CABRASER, HEIMANN & BERNSTEIN.

09:25AM 11       SO THESE FIRMS AND THE ATTORNEYS WORKING ON THE CASE ARE

09:25AM 12   REALLY EXPERIENCED ANTITRUST COUNSEL, AND, AGAIN, THEIR

09:25AM 13   RECOMMENDATION THAT THE COURT APPROVE IT CARRIES WEIGHT GIVEN

09:25AM 14   THAT KIND OF EXPERIENCE.

09:25AM 15       IN ADDITION TO SORT OF ALL OF THE SIGNS ABOUT THE FAIRNESS

09:25AM 16   OF THE SETTLEMENT, WE BELIEVE WE HAVE PROMULGATED OR SET FORTH

09:25AM 17   A MULTI LAYERED NOTICE PLAN TO REACH NOTICE TO THE CLASS.  THAT

09:25AM 18   INCLUDES INDIVIDUAL NOTICE BOTH BY EMAIL AND U.S. MAIL, ALSO

09:25AM 19   EARNED AND UNEARNED MEDIA AND TARGETED ADVERTISING ON SOCIAL

09:25AM 20   MEDIA TO INFORM THOSE CLASS MEMBERS WHO MAYBE DIDN'T RECEIVE

09:25AM 21   INDIVIDUAL NOTICE ABOUT THEIR RIGHTS.

09:25AM 22       ALL OF THAT INFORMATION IN TERMS OF THE NOTICE PROGRAM CAN

09:25AM 23   BE FOUND IN THE DECLARATION OF CARLA PEAK, WHICH WAS SUBMITTED

09:25AM 24   ALONG WITH THE MATERIALS.  AGAIN, WE SUBMIT THAT THAT NOTICE

09:25AM 25   PLAN IS BOTH CONSISTENT WITH RULE 23 AND DUE PROCESS.

09:26AM  1        AND THEN FINALLY, WE'VE SET FORTH A SORT OF SCHEDULE KEYED

09:26AM  2   OFF OF THE DATE THAT IN THE EVENT THAT THE COURT FINDS THE

09:26AM  3   SETTLEMENT WORTHY OF PRELIMINARY APPROVAL, WE'VE SET FORTH A

09:26AM  4   SCHEDULE FOR SORT OF NOTICE AND OBJECTIONS, EXCLUSIONS, AND

09:26AM  5   THEN ULTIMATELY THE FINAL APPROVAL HEARING.

09:26AM  6        I'M HAPPY TO ANSWER ANY QUESTIONS THAT THE COURT MAY HAVE

09:26AM  7   ABOUT THE SETTLEMENT.

09:26AM  8        THE COURT:  THANK YOU.  THANK YOU VERY MUCH.

09:26AM  9        INITIALLY, MR. FROST, ANY COMMENTS THAT YOU WOULD LIKE TO

09:26AM 10   MAKE INITIALLY BEFORE I ASK A FEW QUESTIONS?

09:26AM 11        MR. FROST:  NONE, YOUR HONOR.  THANK YOU.  I THINK

09:26AM 12   MR. ZAPALA DID A FINE JOB OF EXPLAINING THE SORT OF UPS AND

09:26AM 13   DOWNS OF THE SETTLEMENT AND HOW WE GOT THERE.

09:26AM 14        THE COURT:  OKAY.  THANK YOU.

09:26AM 15        I'M JUST CURIOUS, MY FIRST QUESTION IS JUST ABOUT DO YOU

09:26AM 16   HAVE ANY EXPECTATION OF WHAT EACH CONSUMER MIGHT RECEIVE?  AND

09:26AM 17   I KNOW IT'S DEPENDENT ON CLAIM NUMBERS AND THOSE THINGS.

09:26AM 18        MR. ZAPALA:  YEAH.

09:26AM 19        THE COURT:  I THINK YOUR PAPERS SUGGEST THAT YOU'RE

09:26AM 20   GOING TO BE ABLE TO REACH 80 PERCENT OF PURCHASERS, IS THAT --

09:27AM 21        MR. ZAPALA:  WITH THE NOTICE PROGRAM, WITH THE

09:27AM 22   NOTICE PROGRAM.

09:27AM 23        THE COURT:  RIGHT.

09:27AM 24        MR. ZAPALA:  YEAH, THAT'S THE SUGGESTION IN TERMS OF

09:27AM 25   -- THAT'S WHAT NOTICE PROVIDERS SHOOT FOR IN TERMS OF WHEN

09:27AM 1    THEY'RE CRAFTING A NOTICE PROGRAM, THEY SHOOT FOR A REACH OF

09:27AM 2    80 PERCENT.  IT'S CALLED A REACH.  IT'S SORT OF A TERM THAT IS

09:27AM 3    USED IN MEDIA AND ADVERTISING.  THERE'S A COMPLICATED

09:27AM 4    CALCULATION THAT GOES INTO IT, BUT VERITA, WHICH IS THE NOTICE

09:27AM 5    PROVIDER, DID OPINE THAT THE NOTICE PROGRAM WOULD REACH

09:27AM 6    80 PERCENT OF THOSE CLASS MEMBERS.

09:27AM 7              THE COURT:  OKAY.

09:27AM 8              MR. ZAPALA:  BOTH THROUGH -- AGAIN, WE DON'T HAVE --

09:27AM 9    WE HAVE EMAIL AND MAILING ADDRESSES FOR SOME PORTION OF THE

09:27AM 10   CLASS, BUT IT'S NOT THE ENTIRE CLASS.  WE ESTIMATE THE CLASS TO

09:27AM 11   BE LARGER THAN THAT.  AND THAT'S WHERE THE MEDIA PROGRAM COMES

09:27AM 12   IN TO TRY TO REACH THOSE EXTRA CLASS MEMBERS.

09:27AM 13       THAT SAID, WE DO HAVE -- AGAIN, WE ESTIMATE THE CLASS TO

09:27AM 14   BE AROUND 4 MILLION.  WE HAVE SOMETHING LIKE 2.5 MILLION

09:27AM 15   RECORDS GIVEN A LOT OF THESE PURCHASES OCCUR OVER AMAZON.  SO

09:28AM 16   COMPARED TO MANY OF MY CASES, WE ACTUALLY HAVE A LOT OF CONTACT

09:28AM 17   INFORMATION, UNLIKE A LOT OF INDIRECT PURCHASER CASES.

09:28AM 18       IN TERMS OF YOUR QUESTION ABOUT HOW MUCH EACH CONSUMER

09:28AM 19   WILL TAKE, AGAIN, IT VERY MUCH DEPENDS ON THE CLAIMS RATE.

09:28AM 20   WE'RE GOING TO DO EVERYTHING WE CAN TO MAKE SURE THAT CLAIMS

09:28AM 21   RATE IS AS HIGH AS POSSIBLE.  UNFORTUNATELY, INDIRECT PURCHASER

09:28AM 22   CASES ARE PLAGUED BY LOW CLAIMS RATES, AND ONE OF THE REASONS

09:28AM 23   IS THAT IT'S THE NATURE OF CLASS ACTIONS.  SOME PEOPLE HAVE

09:28AM 24   LESS IN PURCHASERS, AND, THEREFORE, DON'T TAKE THE TIME TO SEND

09:28AM 25   IN THE CLAIM FORM.  BUT AGAIN, WE'RE TRYING TO MAKE THAT

```
09:28AM  1      PROCESS AS EASY AS POSSIBLE.

09:28AM  2           IT'S DIFFICULT IN INDIRECT PURCHASERS CASES BECAUSE THE

09:28AM  3      DATA THAT YOU GET FROM THE DEFENDANT IS NOT IN PRIVITY WITH

09:28AM  4      YOUR CLIENTS.  YOU HAVE TO GET IT FROM THIRD PARTIES, WHICH

09:28AM  5      WE'VE DONE.

09:28AM  6           ONE OF THE THINGS I'M DOING IN INDIRECT PURCHASER CASES

09:28AM  7      THAT I THINK IS REAL BENEFIT TO THE CLASS AND TO GET THE CLAIMS

09:28AM  8      UP IS WE'RE USING THAT INTERMEDIARY DATA THAT WE RECEIVE.

09:28AM  9      USUALLY IT'S NOT 100 PERCENT BECAUSE, YOU KNOW, WE MAY NOT HAVE

09:29AM 10      SUBPOENAED FROM ALL OF THE DISTRIBUTORS.  THERE MAY BE CERTAIN

09:29AM 11      TIME PERIODS THAT DISTRIBUTORS DON'T HAVE THAT DATA FOR PART OF

09:29AM 12      YOUR CLASS PERIOD.

09:29AM 13           SO IT'S ALWAYS UNDER -- IT DOESN'T COVER THE ENTIRE CLASS,

09:29AM 14      BUT WHAT WE'VE ENDED UP DOING AND WHAT WE'RE DOING IN THIS CASE

09:29AM 15      IS WE'RE GOING TO FILL IN THE CLAIM FORMS WITH DATA THAT WE

09:29AM 16      HAVE.  AND CLASS MEMBERS COULD SIGN THAT CLAIM FORM WITHOUT

09:29AM 17      DOING ALMOST ANYTHING ELSE, YOU KNOW, PROVIDING PURCHASE

09:29AM 18      RECORDS OR ANYTHING LIKE THAT.

09:29AM 19           WE THINK THAT'S A REAL BENEFIT.  WE'VE NOTICED IN OUR

09:29AM 20      CASES WHERE WE'VE DONE THAT AND GET MUCH HIGHER CLAIMS RATE,

09:29AM 21      AND WE REDUCE THE BARRIERS FOR PEOPLE PARTICIPATING IN THE

09:29AM 22      SETTLEMENT.  WE HAVE EVERY INTENTION OF DOING THAT HERE.  IT'S

09:29AM 23      PART OF OUR PLAN.

09:29AM 24           IN TERMS OF THE DISTRIBUTION PLAN, IT IS PRO RATA.  SO A

09:29AM 25      CLASS MEMBER'S SHARE OF THE SETTLEMENT WILL DEPEND ON, A, HOW
```

09:29AM 1      MANY PURCHASES THEY HAD IN TELESCOPES, ONE OR MORE; AND THEN

09:29AM 2      ALSO WHAT PERCENTAGE THOSE PURCHASES MAKE UP OF EVERYONE

09:29AM 3      CLAIMING.  SO IT'S KIND OF DEPENDENT ON TWO THINGS:  HOW MANY

09:29AM 4      PURCHASES THEY HAD AND THEN HOW MANY PEOPLE END UP CLAIMING.

09:30AM 5      AND THEN THEIR TAKE WOULD BE WHATEVER PERCENTAGE OF THEIR

09:30AM 6      PURCHASES.

09:30AM 7              THE COURT:  SURE.  SO DID I READ SOMETHING THAT SAID

09:30AM 8      THAT YOU ANTICIPATE 2 TO 3 PERCENT?

09:30AM 9              MR. ZAPALA:  THAT'S -- I MEAN, THE STUDIES SUGGEST

09:30AM 10     THAT THAT IS WHAT CLAIMS RATES ARE IN SORT OF SIMILAR CASES, SO

09:30AM 11     WE SET THAT OUT.

09:30AM 12         WE HAVE EVERY INTENTION OF BEATING THAT.  I THINK WE WILL.

09:30AM 13     I DO THINK RECENT CLAIMS RATES ARE DOING BETTER.  WE HAVE MORE

09:30AM 14     ELECTRONIC MEANS NOW TO REACH CLASS MEMBERS.  YOU KNOW, WE'RE

09:30AM 15     USING MORE INNOVATIVE TECHNIQUES TO REACH CLASS MEMBERS ASIDE

09:30AM 16     FROM JUST SNAIL MAIL, WHICH, FRANKLY, NOBODY READS ANYMORE AND

09:30AM 17     I THINK WAS A LOT OF THE WAYS MAYBE 20 YEARS AGO PEOPLE WERE

09:30AM 18     TRYING TO REACH CLASS MEMBERS, WHICH IS NOT VERY EFFECTIVE.

09:30AM 19         SO SOME OF THE STUDIES ARE BASED ON THAT REGIME AND THE

09:30AM 20     REGIME HAS VERY MUCH CHANGED.

09:30AM 21         IN ADDITION TO THAT, IN TERMS OF DISTRIBUTION, WE DO

09:30AM 22     INTEND ON DOING ELECTRONIC PAYMENTS WHERE WE CAN, AND, AGAIN,

09:30AM 23     WE FIND THAT THAT INCREASES THE CLAIMS RATE AS WELL.

09:30AM 24     SOMETIMES, BELIEVE IT OR NOT, WE SEND OUT CHECKS TO PEOPLE AND

09:31AM 25     THEY DON'T GET CASHED.

09:31AM  1          THE COURT:  I DO BELIEVE IT.  PEOPLE RECEIVE

09:31AM  2  SOMETHING, AND THEY DON'T KNOW WHAT A CHECK IS.

09:31AM  3          MR. ZAPALA:  RIGHT.

09:31AM  4          THE COURT:  SO IS THE CONSUMER TO RECEIVE THEN BASED

09:31AM  5  ON THE NUMBER OF RESPONSES, AND THERE'S A $32 MILLION, YOU'RE

09:31AM  6  RESERVING AND ASKING THAT THE COURT RESERVE 33 PERCENT FOR

09:31AM  7  ATTORNEYS' FEES AND COSTS?

09:31AM  8          MR. ZAPALA:  WE ARE.  WE HAVEN'T -- NOW, THAT'S WHAT

09:31AM  9  WE INTEND ON PUTTING IN THE NOTICE, YOUR HONOR, AND THAT'S JUST

09:31AM  10  A CEILING.  IT MAY BE THE CASE THAT WE COME IN AND ASK FOR LESS

09:31AM  11  THAN THAT.  IT MAY BE THE CASE THAT WE COME IN AND ASK FOR THAT

09:31AM  12  AND YOU AWARD LESS THAN THAT.

09:31AM  13      BUT WE LIKE TO PUT IN THE HIGH END NUMBER IN THE NOTICE SO

09:31AM  14  THAT NOBODY COULD BE PREJUDICED, RIGHT?  YOU CERTAINLY CAN'T

09:31AM  15  PUT IN 25 PERCENT AND THEN COME IN AND ASK FOR 33 PERCENT.

09:31AM  16          THE COURT:  SURE.

09:31AM  17          MR. ZAPALA:  SO WE PUT IN THE 33 AND A THIRD.  WE

09:31AM  18  HAVEN'T LANDED ON THAT YET.  IT IS CONSISTENT WITH WHAT OUR

09:31AM  19  LODESTAR IS IN THE CASE IN TERMS OF A LODESTAR CROSS-CHECK, BUT

09:31AM  20  OBVIOUSLY THAT WILL BE A FEE MOTION THAT WE'LL FILE WELL IN

09:31AM  21  ADVANCE OF THE OPT OUT AND OBJECTION DEADLINE, AND THEN THAT'S

09:32AM  22  SUBJECT TO YOUR HONOR'S DISCRETION AND NINTH CIRCUIT CASE LAW

09:32AM  23  AT FINAL APPROVAL.

09:32AM  24          THE COURT:  OF COURSE.  AND SO TELL ME WHAT THE --

09:32AM  25  I'M ASKING YOU TO DO THE MATH -- IF IT'S A 2 PERCENT OR A

| | | |
|---|---|---|
| 09:32AM | 1 | 3 PERCENT, CAN WE SAY A CONSUMER MIGHT RECEIVE? |
| 09:32AM | 2 | MR. ZAPALA:  OH, IN TERMS OF THE -- WHEW. |
| 09:32AM | 3 | THE COURT:  YOU NEED TO GET YOUR PHONE OUT. |
| 09:32AM | 4 | MR. ZAPALA:  YEAH, REALLY. |
| 09:32AM | 5 | WELL, IF WE TOOK THE -- SO THERE'S 4 MILLION CLASS |
| 09:32AM | 6 | MEMBERS, JUST APPROXIMATELY.  NOW, AGAIN, THAT'S AN ESTIMATE. |
| 09:32AM | 7 | IT COULD BE WRONG. |
| 09:32AM | 8 | BUT, YOU KNOW, IF YOU TOOK 32 MILLION DIVIDED BY 4, YOU |
| 09:32AM | 9 | COULD COME UP WITH A NET OF OR SORT OF A GROSS, THAT WOULD BE |
| 09:32AM | 10 | THE INDIVIDUAL TAKE. |
| 09:32AM | 11 | AGAIN, IF WE WENT AND IF WE TOOK FEES OF 10 MILLION, YOU'D |
| 09:32AM | 12 | BE TALKING ABOUT A $22 MILLION NET SETTLEMENT FUND, AND I'M NOT |
| 09:32AM | 13 | SURE WHAT THAT COMES OUT TO. |
| 09:32AM | 14 | THE COURT:  MR. BORDEN IS CALCULATING IT FOR YOU |
| 09:32AM | 15 | RIGHT NOW. |
| 09:32AM | 16 | MR. ZAPALA:  BUT, AGAIN, I MEAN, ROUGHLY, WE'RE |
| 09:32AM | 17 | TALKING ABOUT A 5 PERCENT OVERCHARGE ON, YOU KNOW, THESE |
| 09:32AM | 18 | PURCHASES AND THEN, OF COURSE, YOU'VE GOT FEES AND COSTS. |
| 09:33AM | 19 | I THINK I PUT MY PHONE AWAY AND TURNED IT OFF. |
| 09:33AM | 20 | THE COURT:  I'M JUST -- I'M NOT GOING TO HOLD YOU TO |
| 09:33AM | 21 | THIS FIGURE, BUT I THINK -- I'M JUST CURIOUS WHAT YOUR INITIAL |
| 09:33AM | 22 | FIRST PASS THOUGHTS ARE. |
| 09:33AM | 23 | MR. ZAPALA:  YEAH.  AND THAT WOULD BE WITH THE |
| 09:33AM | 24 | ENTIRE CLASS PARTICIPATING, OBVIOUSLY. |
| 09:33AM | 25 | THE COURT:  SURE. |

09:33AM 1          MR. ZAPALA:  AND THAT'S NOT GOING TO HAPPEN.

09:33AM 2          THE COURT:  NO, NO.

09:33AM 3          MR. ZAPALA:  SO THE PRO RATA TAKE OBVIOUSLY GOES UP

09:33AM 4   FROM THERE.

09:33AM 5          THE COURT:  RIGHT.  BUT IF YOU'VE GOT -- IF YOU HAVE

09:33AM 6   3 PERCENT --

09:33AM 7        MR. BORDEN HAS DONE THE MATH, HAVE YOU, MR. BORDEN?

09:33AM 8          MR. BORDEN:  I DIDN'T QUITE HEAR ALL OF IT.

09:33AM 9          MR. ZAPALA:  I CAN DO IT, YOUR HONOR.

09:33AM 10          THE COURT:  SURE.  GO AHEAD.

09:33AM 11        (PAUSE IN PROCEEDINGS.)

09:33AM 12          THE COURT:  YOUR PHONE IS SMOKING THERE, MR. ZAPALA.

09:33AM 13          MR. ZAPALA:  I'M PUTTING IT TO THE TEST, YEAH.

09:34AM 14        (PAUSE IN PROCEEDINGS.)

09:34AM 15          MR. ZAPALA:  I'LL JUST WALK THROUGH THE CALCULATION

09:34AM 16   THAT I DID, AND HOPEFULLY I DID MY MATH RIGHT AND MY HIGH

09:34AM 17   SCHOOL MATH TEACHERS COULD BE PROUD.

09:34AM 18        I TOOK A NET SETTLEMENT AMOUNT OF I WILL CALL IT

09:34AM 19   22 MILLION AND SAY 10 MILLION COME OUT FOR COSTS AND FEES, AND

09:34AM 20   THEN DIVIDED IT BY 120,000, WHICH IS 3 PERCENT OF 4 MILLION, I

09:34AM 21   BELIEVE, AND THAT COMES OUT TO $183.

09:34AM 22          THE COURT:  OKAY.

09:34AM 23          MR. ZAPALA:  SO THAT WOULD BE THE PRO RATA TAKE IF

09:34AM 24   THOSE METRICS HOLD UP.

09:34AM 25          THE COURT:  SURE.  SURE.  AND FLUCTUATING FROM THAT

09:34AM 1    IT COULD GO UP, IT COULD GO DOWN.

09:34AM 2              MR. ZAPALA:  IF MORE PEOPLE PARTICIPATE, OBVIOUSLY

09:34AM 3    THAT NUMBER WOULD GO DOWN.

09:34AM 4              THE COURT:  AND IT'S NOT DEPENDENT ON THE MODEL OF

09:35AM 5    TELESCOPE THAT THEY PURCHASED, IS IT?  IF SOMEONE PURCHASED A

09:35AM 6    HIGHER END TELESCOPE --

09:35AM 7              MR. ZAPALA:  WELL, IT IS IN SO FAR AS THE

09:35AM 8    5 PERCENT -- THE PERCENTAGE IS APPLIED TO A HIGHER NUMBER, SO

09:35AM 9    THE OVERCHARGE -- SO, FOR EXAMPLE, YOU KNOW A 5 PERCENT

09:35AM 10   OVERCHARGE ON A $100 TELESCOPE WOULD BE $5, AND A 5 PERCENT

09:35AM 11   OVERCHARGE ON A TELESCOPE THAT IS $1,000 IS MORE THAN THAT.

09:35AM 12       SO IT IS SOMEWHAT DEPENDENT BECAUSE SOMEONE WHO HAD $1,000

09:35AM 13   PURCHASE HAS A HIGHER PERCENTAGE OF THE PURCHASE TOTAL THAN THE

09:35AM 14   $100 PERSON IF THAT MAKES SENSE.

09:35AM 15             THE COURT:  SO THAT'S ANOTHER METRIC THAT HAS TO BE

09:35AM 16   MET.

09:35AM 17             MR. ZAPALA:  BECAUSE IT'S PRO RATA.

09:35AM 18             THE COURT:  SO THE $183 SOUNDS LIKE A GREAT NUMBER,

09:35AM 19   BUT SOMEONE WHO BOUGHT AN ENTRY LEVEL TELESCOPE FOR $150 IS

09:35AM 20   UNLIKELY TO GET THAT.

09:35AM 21       IS THAT FAIR?

09:35AM 22             MR. ZAPALA:  I THINK THAT'S FAIR.  AGAIN, I MEAN,

09:35AM 23   THE INDIVIDUAL CLAIMANT WILL TAKE WHATEVER THEIR CORRESPONDING

09:36AM 24   PERCENTAGE IS OF THE DENOMINATOR.  SO TO THE EXTENT THAT THEIR

09:36AM 25   PURCHASE MADE UP 1 PERCENT OF THE CLAIMING PURCHASES, THEY

09:36AM  1     WOULD GET 1 PERCENT OF THE NET SETTLEMENT FUND.

09:36AM  2                 THE COURT:  OKAY.

09:36AM  3                 MR. ZAPALA:  THAT'S THE NATURE OF A PRO RATA

09:36AM  4     DISTRIBUTION.

09:36AM  5                 THE COURT:  SURE.

09:36AM  6                 MR. ZAPALA:  AND I WILL SAY, AND I THINK WE SET

09:36AM  7     FORTH IN OUR PAPERS, BUT THAT'S THE STANDARD DISTRIBUTION

09:36AM  8     SCHEME IN AN ANTITRUST CASE.  AND I HAVE DONE LOTS OF THEM IN

09:36AM  9     MY CAREER, AND I CAN'T THINK OF A SINGLE DISTRIBUTION MECHANISM

09:36AM  10    WHERE WE HAVE NOT DONE IT IN THIS MANNER.

09:36AM  11                THE COURT:  SURE.  AND LET'S TALK ABOUT THE NOTICE

09:36AM  12    THEN.

09:36AM  13                MR. ZAPALA:  SURE.

09:36AM  14                THE COURT:  IN THE CASES THAT YOU'VE DONE, DO YOU

09:36AM  15    EVER NOTIFY THE CONSUMERS ABOUT WHAT PRO RATA MEANS TO THE

09:36AM  16    DETAIL THAT WE JUST DID?

09:36AM  17                MR. ZAPALA:  IT'S SET FORTH IN THE LONG FORM NOTICE,

09:36AM  18    AND I HAVE NEVER -- IT'S ALWAYS BEEN SET FORTH, FRANKLY, IN THE

09:36AM  19    MANNER THAT WE SET IT FORTH IN THIS NOTICE.

09:36AM  20                THE COURT:  RIGHT.

09:36AM  21                MR. ZAPALA:  IF YOU WOULD LIKE US TO DESCRIBE IT

09:36AM  22    MORE, WE CAN CERTAINLY DO THAT.

09:36AM  23                THE COURT:  THIS IS A WORK IN PROGRESS, "THIS" BEING

09:37AM  24    NOTICE TO THE CLASS.  AS YOU SAY, SOCIAL MAILS CHANGE.  AND DO

09:37AM  25    PEOPLE READ SNAIL MAIL ANYMORE?  I HOPE THEY DO.  WE WANT TO

09:37AM 1    KEEP THE POST OFFICE GOING.  THAT'S IMPORTANT.

09:37AM 2        BUT PEOPLE SHIFT TO ELECTRONIC COMMUNICATIONS, AND THEN WE

09:37AM 3    HAVE TO SHIFT OUR MESSAGING TO THEM BECAUSE WE KNOW PEOPLE

09:37AM 4    SPEND, WHAT, 1.2 SECONDS ON AN EMAIL LOOKING AT THE HEADER, AND

09:37AM 5    IT'S EASIER TO HIT DELETE THAN IT IS TO OPEN IT AND READ IT, SO

09:37AM 6    WE WANT TO CAPTURE AS MANY --

09:37AM 7        MR. ZAPALA:  RIGHT.  AND THAT'S WHY I REALLY THINK

09:37AM 8    THE MULTI LAYERED APPROACH IS THE BEST WAY TO GO.  BECAUSE IF

09:37AM 9    YOU JUST GO SNAIL MAIL, AND YOU'RE GIVING THEM ONE CHANCE, AND

09:37AM 10   IF YOU GO SNAIL MAIL AND MEDIA, YOU'RE INCREASING THE

09:37AM 11   LIKELIHOOD THAT YOU'LL CATCH THEIR ATTENTION.

09:37AM 12       THE COURT:  SURE.  OKAY.  SO LET'S -- LET ME --

09:37AM 13   LET'S SEE.  I DID HAVE SOME QUESTIONS ABOUT -- LET'S GO TO THE

09:37AM 14   CLAIM FORM FIRST.

09:37AM 15       MR. ZAPALA:  SURE.

09:37AM 16       THE COURT:  THAT'S EXHIBIT E I THINK.

09:37AM 17       MR. ZAPALA:  YES.

09:37AM 18       THE COURT:  AND ON THE CLAIM FORM, I THINK IT'S

09:38AM 19   PAGE 1 IS WHAT I'M LOOKING AT, ON THE BOTTOM IT SAYS -- AND

09:38AM 20   THERE'S CLAIM FORM, CLASS MEMBER INFORMATION.  THIS IS WHAT THE

09:38AM 21   CONSUMER WOULD FILL OUT --

09:38AM 22       MR. ZAPALA:  CORRECT.

09:38AM 23       THE COURT:  -- INITIALLY.  AND THIS IS GOING TO BE

09:38AM 24   DONE EITHER ON AN EMAIL FORM OR RETURN BY A SNAIL MAIL?

09:38AM 25       MR. ZAPALA:  YES, THIS CAN BE DONE -- SO THIS WILL

09:38AM 1    BE DOWNLOADED FROM THE WEBSITE SO CONSUMERS WILL GET A NOTICE.

09:38AM 2         IF THEY'RE GETTING A MAILED NOTICE, THEY WILL GET THE

09:38AM 3    CLAIM FORM.  IF THEY'RE GETTING AN EMAILED NOTICE BECAUSE WE

09:38AM 4    DON'T HAVE A RESIDENTIAL ADDRESS --

09:38AM 5         THE COURT:  RIGHT.

09:38AM 6         MR. ZAPALA:  -- THEY CAN USE THAT NOTICE TO GO ON

09:38AM 7    THE WEBSITE AND DOWNLOAD THE CLAIM FORM AND DO IT

09:38AM 8    ELECTRONICALLY.

09:38AM 9         THE COURT:  OKAY.  GREAT.

09:38AM 10         MR. ZAPALA:  AND THAT'S AVAILABLE TO ANYONE,

09:38AM 11    INCLUDING PEOPLE WHO ONLY RECEIVE THE NOTICE BY MAIL.  ANYONE

09:38AM 12    CAN SUBMIT ELECTRONICALLY OR REQUEST A PAPER COPY.

09:38AM 13         THE COURT:  OKAY.  SO ON THIS FORM I LOOKED BELOW

09:38AM 14    THE CLASS MEMBER INFORMATION, THIS IS THE INITIAL FORM THAT

09:38AM 15    THEY SAY, YES, I'D LIKE TO BE PART OF THIS CLASS OR THE CLAIM

09:38AM 16    FORM THEY HAVE TO FILL OUT.

09:39AM 17         THE LANGUAGE BELOW IN ITALICS SAYS, "FAILURE TO ADD YOUR

09:39AM 18    UNIQUE CLAIM I.D."  AND IF I'M A CONSUMER, I LOOK AT THIS AND I

09:39AM 19    THINK, OH, DEAR, WHERE IS MY UNIQUE CLAIM I.D.?

09:39AM 20         MR. ZAPALA:  THAT'S ON THE NOTICE ITSELF.

09:39AM 21         THE COURT:  OKAY.

09:39AM 22         MR. ZAPALA:  SO WHEN THEY RECEIVE NOTICE OF THE

09:39AM 23    SETTLEMENT, EACH NOTICE WILL HAVE A UNIQUE IDENTIFIER ON IT,

09:39AM 24    AND THEY JUST NEED TO INCLUDE THAT IN THE CLAIM FORM.

09:39AM 25         THE COURT:  OKAY.

09:39AM  1          MR. ZAPALA:  AND AGAIN, THAT LANGUAGE SOUNDS HARSH

09:39AM  2  IN A WAY, BUT THEY CAN CONTACT THE CLAIMS ADMINISTRATOR TO GET

09:39AM  3  THAT IF THEY LOSE IT.  IT'S NOT ALL IS LOST.  WE DO EVENTUALLY

09:39AM  4  NEED TO GET IT.  AND THE CLAIMS ADMINISTRATOR --

09:39AM  5          THE COURT:  HERE'S MY SUGGESTION, SHOULD WE --

09:39AM  6  "FAILURE TO ADD YOUR UNIQUE CLAIM I.D.," AND THEN IN

09:39AM  7  PARENTHESIS, "FOUND ON YOUR NOTICE," OR SOMETHING LIKE THAT?

09:39AM  8          MR. ZAPALA:  SURE.

09:39AM  9          THE COURT:  OR "SEE NOTICE," SOMETHING LIKE THAT.

09:39AM  10     AND THEN FLIPPING TO PAGE 2, PAYMENT SELECTION.

09:40AM  11          MR. ZAPALA:  YES.

09:40AM  12          THE COURT:  AND, YOU KNOW, OF COURSE -- PARDON ME.

09:40AM  13  AND I LOOK AT THAT AND I THINK DOES THAT MEAN I HAVE TO PAY OR

09:40AM  14  DOES THAT MEAN HOW I'M GOING TO RECEIVE?

09:40AM  15     SO SHOULD WE SAY, "HOW WOULD YOU LIKE TO RECEIVE YOUR

09:40AM  16  PAYMENT," OR SOMETHING LIKE THAT?

09:40AM  17          MR. ZAPALA:  ABSOLUTELY.

09:40AM  18          THE COURT:  AND THEN THEY UNDERSTAND, I THINK.

09:40AM  19  PARDON ME FOR -- YOU KNOW, I DON'T MEAN TO SAY I'M DUMBING THIS

09:40AM  20  DOWN, BUT I WANTED TO MAKE IT ACCESSIBLE FOR EVERYBODY.

09:40AM  21          MR. ZAPALA:  YOUR HONOR, NOT AT ALL.  I THINK THIS

09:40AM  22  IS A VERY USEFUL EXERCISE.  CLAIMS ADMINISTRATORS AND CLASS

09:40AM  23  COUNSEL GET INTO THESE RHYTHMS AND CERTAIN WAYS THAT THEY DO

09:40AM  24  THINGS, AND IT'S USEFUL TO HAVE THAT DISRUPTED IN A LOT OF

09:40AM  25  WAYS.

09:40AM 1        THE COURT:  I JUST HAD A PASSING QUESTION ABOUT THIS

09:40AM 2  AS WELL.  THIS INFORMATION THAT IS OBTAINED HERE, IS THIS

09:40AM 3  CONFIDENTIAL, THE PAYPAL, THE ZELLE, AND THE VENMO, ALL OF

09:41AM 4  THOSE NUMBERS AND ALL OF THAT, IS THAT CONFIDENTIAL TO --

09:41AM 5        MR. ZAPALA:  WELL, WE HAVE EVERY INTENTION OF

09:41AM 6  KEEPING IT CONFIDENTIAL.  WHETHER IT'S CONSIDERED CONFIDENTIAL

09:41AM 7  IN SOME LIKE MACRO SENSE, I DON'T KNOW.  IT'S JUST AN ACCOUNT

09:41AM 8  NUMBER.

09:41AM 9        THE COURT:  YES.

09:41AM 10        MR. ZAPALA:  BUT OUR CLAIMS ADMINISTRATOR HAS

09:41AM 11  EXTENSIVE CONFIDENTIALITY PROTECTIONS AS ANY ENTITY DOES

09:41AM 12  NOWADAYS THAT HAS TO PROTECT DATA.

09:41AM 13     SO THIS ISN'T GOING TO BE SHARED -- THIS IS NOT SHARED

09:41AM 14  WITH ANYONE OTHER THAN THE CLAIMS ADMINISTRATOR AND THE CLASS

09:41AM 15  MEMBER, UNLESS THE CLASS MEMBER DISCLOSES IT TO SOMEBODY ELSE.

09:41AM 16        THE COURT:  SHOULD YOU TELL THEM THAT OR IS THAT

09:41AM 17  NECESSARY?

09:41AM 18        MR. ZAPALA:  SURE.  WE CAN PUT SOMETHING IN THERE

09:41AM 19  THAT SAYS, YOU KNOW, THE CLAIMS ADMINISTRATOR WILL KEEP THIS

09:41AM 20  INFORMATION CONFIDENTIAL.

09:41AM 21        THE COURT:  SOMETHING LIKE THAT.  OF COURSE THAT

09:41AM 22  CREATES -- I'LL SEE IN ABOUT ANOTHER YEAR AND A HALF -- SOME

09:41AM 23  BREACH OF LAWSUITS FROM THE CLAIMS ADMINISTRATOR, RIGHT?

09:41AM 24        MR. ZAPALA:  WHICH JUST HAPPENED, BELIEVE IT OR NOT.

09:41AM 25  WE HAD A DATA BREACH.  NOT OUR CLAIMS ADMINISTRATOR,

09:41AM 1    THANKFULLY, BUT A CLAIMS ADMINISTRATOR HAS HAD A DATA BREACH.

09:42AM 2              THE COURT:  RIGHT.  OKAY.  THAT WAS A QUESTION THAT

09:42AM 3    I HAVE.

09:42AM 4              MR. ZAPALA:  SURE.  I'VE NOTED IT, AND WE'LL MAKE

09:42AM 5    THAT CHANGE, YOUR HONOR.

09:42AM 6              THE COURT:  LET'S SEE.  THE OTHER QUESTION I HAD, DO

09:42AM 7    WE NEED TO DO ANY LANGUAGE ISSUES IN ANY OF THESE FORMS OR

09:42AM 8    NOTICES?

09:42AM 9              MR. ZAPALA:  THE NOTICES ARE PROVIDED -- WE DON'T

09:42AM 10   SEND THEM OUT IN THE FIRST LANGUAGE, BUT THEY ARE AVAILABLE ON

09:42AM 11   THE WEBSITE IN DIFFERENT LANGUAGES.  AND WE INTEND TO DO THAT

09:42AM 12   IN SPANISH -- AND I THINK JUST SPANISH.

09:42AM 13             THE COURT:  OKAY.  LET'S SEE.  THE EMAIL NOTICE IS

09:42AM 14   IN EXHIBIT B, I BELIEVE, IT'S 391-2B.

09:42AM 15             MR. ZAPALA:  I THINK EXHIBIT B AT LEAST I THINK IS

09:42AM 16   THE POSTCARD NOTICE, BUT THEY'RE FUNCTIONALLY VERY SIMILAR.

09:42AM 17             THE COURT:  YES, THEY ARE THE SAME, RIGHT.

09:42AM 18             MR. ZAPALA:  AND EXHIBIT A IS THE EMAIL NOTICE.

09:42AM 19             THE COURT:  GOT IT.  YES.  THANK YOU.

09:42AM 20       I'M LOOKING AT EXHIBIT A, THE EMAIL NOTICE, AND THERE'S A

09:43AM 21   LOT OF LANGUAGE THERE.

09:43AM 22             MR. ZAPALA:  UH-HUH.

09:43AM 23             THE COURT:  HOW DO WE KEEP SOMEONE'S ATTENTION?

09:43AM 24             MR. ZAPALA:  NUMBER ONE, I WILL SAY THAT VERITA HAS

09:43AM 25   OPINED IN THEIR DECLARATION THAT THIS DOES COMPLY WITH THE

09:43AM 1    PLAIN LANGUAGE REQUIREMENT.

09:43AM 2         THE COURT:  YES.

09:43AM 3         MR. ZAPALA:  IT'S A BALANCING ACT, RIGHT?

09:43AM 4      ON THE ONE HAND RULE 23 REQUIRES THAT YOU DISCLOSE CERTAIN

09:43AM 5    INFORMATION TO CLASS MEMBERS, ON THE OTHER YOU WANT TO KEEP IT

09:43AM 6    SIMPLE AND READABLE.  THIS IS THE BEST BALANCE THAT WE HAVE

09:43AM 7    COME UP WITH IN TERMS OF INFORMING THE CLASS MEMBERS OF THE

09:43AM 8    INFORMATION THAT THEY NEED TO KNOW ABOUT THE SETTLEMENT, AND

09:43AM 9    THAT'S REQUIRED BY RULE 23, FRANKLY.

09:43AM 10     IT'S ALWAYS A BALANCE, AND WE'RE HAPPY TO TAKE

09:43AM 11   SUGGESTIONS.  BUT I THINK I WILL SAY IN TERMS OF MY EXPERIENCE,

09:43AM 12   THIS IS VERY SIMILAR IN NATURE TO THE SHORT FORM NOTICES THAT

09:43AM 13   ARE OFTEN APPROVED BY DISTRICT COURTS.

09:43AM 14        THE COURT:  AND I GUESS WHAT REALLY POPULATES THIS

09:43AM 15   NOTICE IS THE PARTIES, DOESN'T IT?

09:43AM 16        MR. ZAPALA:  EXACTLY, YEAH.  I SUSPECT THAT CLASS

09:44AM 17   MEMBERS WILL GLOSS OVER THAT INFORMATION TO SOME DEGREE, RIGHT?

09:44AM 18   I DON'T KNOW THAT THEY'LL READ SYNTA CANADA INTERNATIONALLY

09:44AM 19   SUPER CLOSELY, BUT I THINK THEY'LL GET A SENSE OF WHO THE

09:44AM 20   PARTIES ARE.

09:44AM 21     ONE OF THE THINGS THAT ALSO TAKES UP A LOT OF SPACE IS THE

09:44AM 22   LISTING OF THE INDIRECT PURCHASER STATES, WHICH IS IMPORTANT

09:44AM 23   OBVIOUSLY FOR CLASS MEMBERS TO KNOW BECAUSE IF THEY KNOW, FOR

09:44AM 24   EXAMPLE, WELL, GEE, I ACTUALLY BOUGHT MY TELESCOPE IN TEXAS,

09:44AM 25   RIGHT, I SOMEHOW GOT THIS NOTICE.  THAT'S IMPORTANT FOR THEM TO

| | | |
|---|---|---|
| 09:44AM | 1 | KNOW BECAUSE THEY WOULD KNOW ACTUALLY, A, THEY'RE NOT PART OF |
| 09:44AM | 2 | THE CLASS ACTUALLY, BUT, B, THEY WOULDN'T BE ENTITLED TO |
| 09:44AM | 3 | PARTICIPATE IN THE SETTLEMENT. |
| 09:44AM | 4 | SO AGAIN, IT KIND OF MAKES IT LONGER, BUT IT'S NECESSARY |
| 09:44AM | 5 | INFORMATION FOR CLASS MEMBERS. |
| 09:44AM | 6 | THE COURT:  MAY I SUGGEST UNDER THE "WHO IS |
| 09:44AM | 7 | INCLUDED," AND THEN THAT FIRST SENTENCE, MAYBE -- COULD WE BOLD |
| 09:44AM | 8 | THAT? |
| 09:44AM | 9 | MR. ZAPALA:  YES.  SURE. |
| 09:44AM | 10 | THE COURT:  "RECORDS COLLECTED DURING THE LITIGATION |
| 09:44AM | 11 | INDICATE THAT YOU MIGHT BE COVERED BY THE SETTLEMENT." |
| 09:44AM | 12 | MR. ZAPALA:  UH-HUH.  BOLD THAT LANGUAGE? |
| 09:45AM | 13 | THE COURT:  YES, I THINK SO.  THAT WOULD CAPTURE |
| 09:45AM | 14 | SOMEONE'S ATTENTION, I THINK. |
| 09:45AM | 15 | AND THESE NOTICES ARE TRYING TO -- PARDON ME, THAT'S THE |
| 09:45AM | 16 | HOOK TO GET SOMEBODY TO COMPLETE THE APPLICATION. |
| 09:45AM | 17 | WHAT DOES THE SETTLEMENT PROVIDE?  IF AGREED TO, CREATE |
| 09:45AM | 18 | 32 MILLION SETTLEMENT FUND TO PROVIDE CASH PAYMENTS TO CLASS |
| 09:45AM | 19 | MEMBERS WHO SUBMIT A VALID CLAIM FORM. |
| 09:45AM | 20 | MAYBE -- CAN WE PUT -- YOU TELL ME, TOO -- "YOU HAVE BEEN |
| 09:45AM | 21 | IDENTIFIED AS A POTENTIAL," IN BOLD OR SOMETHING? |
| 09:45AM | 22 | MR. ZAPALA:  IN THE FIRST PARAGRAPH? |
| 09:45AM | 23 | THE COURT:  WELL, SHOULD WE PUT THAT IN, "WHAT DOES |
| 09:45AM | 24 | THE SETTLEMENT PROVIDE?" CATEGORY ALSO. |
| 09:45AM | 25 | MR. ZAPALA:  YOU WANT TO PUT THAT UNDER "WHO IS |

09:45AM 1    INCLUDED?"

09:45AM 2              THE COURT:  "WHAT THE SETTLEMENT PROVIDES."

09:46AM 3              MR. ZAPALA:  GOT IT.

09:46AM 4              THE COURT:  MY SENSE IS THAT IF YOU ATTACH THE

09:46AM 5    POSSIBILITY THAT THEY ARE A PLAINTIFF, A VALID CLAIMANT NEXT TO

09:46AM 6    THE $32 MILLION, THAT PROBABLY GETS SOME ATTENTION.

09:46AM 7              MR. ZAPALA:  GOT IT.  WE'LL MAKE THAT CHANGE,

09:46AM 8    YOUR HONOR.  THANK YOU.

09:46AM 9              THE COURT:  JUST OWING TO HUMAN NATURE.

09:46AM 10             MR. ZAPALA:  YEAH.

09:46AM 11             THE COURT:  THOSE WERE REALLY THE ONLY SUGGESTIONS

09:46AM 12   THAT I HAD.

09:46AM 13        THE OPT-OUT TIME PERIOD AND THE TIME TO OBJECT.

09:46AM 14             MR. ZAPALA:  YES, THAT'S SET FORTH IN OUR MOTION ON

09:46AM 15   PAGE 24 WHICH WOULD BE CUED OFF OF 104 DAYS.  I KNOW IT SOUNDS

09:46AM 16   LIKE A STRANGE NUMBER, BUT 104 DAYS FROM THE PRELIMINARY

09:46AM 17   APPROVAL ORDER, WHICH IS REALLY ROUGHLY TWO MONTHS FROM WHEN

09:46AM 18   THIS GOES OUT.  WE WANT TO HAVE ENOUGH TIME THAT NOTICE GOES

09:46AM 19   OUT.  YOU KNOW, YOU'LL WANT AN OBJECTION EXCLUSION DEADLINE TO

09:47AM 20   WHEN NOTICE WENT OUT BECAUSE IT DOESN'T GIVE PEOPLE ENOUGH TIME

09:47AM 21   TO CONSIDER WHEN THEIR OPTIONS ARE.  SO NOTICE GOES OUT AND

09:47AM 22   THERE'S A TWO-MONTH PERIOD, A LITTLE OVER A TWO-MONTH PERIOD

09:47AM 23   FOR PEOPLE TO CONSIDER THE SETTLEMENT, CONSIDER WHETHER THEY

09:47AM 24   WANT TO REMAIN PART OF THE SETTLEMENT, AND CONSIDER WHETHER

09:47AM 25   THEY WANT TO OBJECT OR OPT OUT.

09:47AM  1          OBVIOUSLY IN THE INTERIM, THE MOTION FOR ATTORNEYS' FEES

09:47AM  2     WILL BE FILED BEFORE THAT SO THEY CAN SEE THAT AS WELL AND

09:47AM  3     DETERMINE WHETHER THEY WANT TO OBJECT TO THAT.

09:47AM  4          THE COURT:  OKAY.

09:47AM  5          MR. ZAPALA:  CONSISTENT WITH THE PROCEDURAL GUIDANCE

09:47AM  6     ON CLASS ACTION SETTLEMENTS IN THE NORTHERN DISTRICT.

09:47AM  7          THE COURT:  GREAT.  WELL, THOSE WERE THE ONLY

09:47AM  8     QUESTIONS THAT I HAD.

09:47AM  9          MR. FROST, ANYTHING YOU WOULD LIKE TO ADD, SIR?

09:47AM  10         MR. FROST:  NO, YOUR HONOR, NOTHING FROM DEFENDANTS.

09:47AM  11         THE COURT:  OKAY.  THANK YOU.  ANYTHING FURTHER,

09:47AM  12    MR. ZAPALA?

09:47AM  13         MR. ZAPALA:  NO, YOUR HONOR.  I'M HAPPY TO ANSWER

09:47AM  14    ANY QUESTIONS, BUT, AGAIN, I'M VERY PLEASED THAT WE CAN BRING

09:47AM  15    THIS LITIGATION TO A CLOSE AND TRY TO GET MONEY TO THE CLASS

09:47AM  16    MEMBERS.

09:47AM  17         THE COURT:  GREAT.  OKAY.  WELL, THANK YOU.  THANKS

09:48AM  18    FOR WALKING ME THROUGH THIS AND ANSWERING MY QUESTIONS.

09:48AM  19         I DO FIND THAT RULE 23 FACTORS HAVE BEEN MET HERE FOR

09:48AM  20    PRELIMINARY APPROVAL.  THIS DOES APPEAR TO BE AN APPROPRIATE

09:48AM  21    SETTLEMENT.  IT'S AN ARM'S LENGTH NEGOTIATION.  AS COUNSEL

09:48AM  22    SAID, THERE WERE SUBSTANTIAL MOTION PRACTICE, DISCOVERY

09:48AM  23    PRACTICE IN FRONT OF THE MAGISTRATE JUDGE, AND THE SETTLEMENT

09:48AM  24    DID ARISE FROM CONSIDERABLE TIME SPENT WITH A MAGISTRATE JUDGE.

09:48AM  25    SO I WILL GRANT PRELIMINARY APPROVAL OF THE SETTLEMENT.

09:48AM 1          WHAT DATE SHOULD WE SET THEN FOR FINAL?

09:48AM 2               MR. ZAPALA:  IF I MAY SUGGEST, YOUR HONOR, BECAUSE

09:48AM 3     THE DATES ARE KEYED OFF OF YOUR PRELIMINARY APPROVAL ORDER, WE

09:48AM 4     COULD SUBMIT A NEW PROPOSED ORDER THAT FIXES THOSE DATES --

09:48AM 5               THE COURT:  SURE.

09:48AM 6               MR. ZAPALA:  -- ASSUMING THAT THE PRELIMINARY

09:48AM 7     APPROVAL ORDER IS ENTERED SORT OF THE SAME DAY, OR WHATEVER.

09:48AM 8     SO WE CAN DO THAT THROUGH YOUR WORK PORTAL, IF THAT'S EASIER

09:49AM 9     FOR YOU?

09:49AM 10              THE COURT:  THAT'S FINE.  IF YOU WANT TO SUBMIT

09:49AM 11    SOMETHING OR PREPARE A FORM AND SUBMIT IT, AND THEN WE'LL SIGN

09:49AM 12    IT, AND THEN THE DATES WILL BE FLOWING APPROPRIATELY.

09:49AM 13              MR. ZAPALA:  WE'LL DO THAT.  THANK YOU.

09:49AM 14          AND I THINK WE INCLUDED A PROPOSED ORDER, AND WHAT I'LL DO

09:49AM 15    IS TAKE THAT PROPOSED ORDER AND PUT THE FIXED DATES ON THERE

09:49AM 16    BASED ON TODAY'S DATE.

09:49AM 17              THE COURT:  AND WE'LL CALENDAR IT ON A DATE THAT IS

09:49AM 18    APPROPRIATE FOR OUR CALENDARS AS WELL THAT IS AS CLOSE AS

09:49AM 19    POSSIBLE TO THE TARGET DATE.

09:49AM 20              MR. ZAPALA:  RIGHT.  I THINK WE HAD SET FORTH, AND

09:49AM 21    I'M NOT SURE WHAT THAT WOULD BE, BUT 154 DAYS FROM TODAY WOULD

09:49AM 22    BE THE FINAL APPROVAL HEARING.

09:49AM 23          SO I'M NOT SURE WHAT THAT IS, AND I DON'T KNOW IF THAT'S

09:49AM 24    CONVENIENT FOR THE COURT, BUT WE'LL PUT THAT IN THE PROPOSED

09:49AM 25    ORDER.

09:49AM  1          THE COURT:  THAT'S GREAT.

09:49AM  2          MR. ZAPALA, I JUST WANT TO THANK YOU AND YOUR TEAM, AND,

09:49AM  3    MR. FROST, YOU AND YOUR TEAM FOR REACHING THIS SETTLEMENT.

09:49AM  4          JUST, MR. ZAPALA, IF YOU COULD OFFER YOUR ASSISTANCE IN

09:49AM  5    SETTLING ANY OTHER TELESCOPE CASES, WE WOULD BE GRATEFUL.

09:49AM  6          MR. ZAPALA:  YOUR HONOR, I WOULD BE MORE THAN HAPPY

09:49AM  7    TO DO THAT ONCE WE REACH FINAL APPROVAL, I CAN TURN MYSELF INTO

09:50AM  8    A MEDIATOR AND DO WHATEVER YOU NEED.  I'D BE HAPPY TO WORK FOR

09:50AM  9    FREE ON THAT.

09:50AM  10         THE COURT:  I DON'T KNOW.  IN THE UNIVERSE OF

09:50AM  11   TELESCOPE CASES AND LITIGATION THERE MIGHT BE SOME OTHER STRAY

09:50AM  12   COMMENT FLOATING OUT THERE THAT COULD BENEFIT FROM SOME

09:50AM  13   SUBSTANTIAL GRAVITY.

09:50AM  14         MR. ZAPALA:  I'M READY AND WILLING AND READY TO ROLL

09:50AM  15   UP MY SLEEVES, YOUR HONOR.

09:50AM  16         THE COURT:  GREAT.  THANK YOU.  SEE YOU SOON.  THANK

09:50AM  17   YOU.

09:50AM  18         (COURT CONCLUDED AT 9:50 A.M.)

         19

         20

         21

         22

         23

         24

         25

1

2

3                      CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074
17

18                    DATED:  NOVEMBER 1, 2024
19

20

21

22

23

24

25